# UNITED STATES DISTRICT COURT
for the

Middle District of Tennessee

| | | |
|---|---|---|
| Harry Shadowen | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. **3-17-1097** |
| Hudson Technologies, Comany. | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hudson Technologies Company
c/o Agent for Service of Process
William L. Norton
1600 Division Street   Suite 700,   Nashville TN 37203-2771

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   The Law Offices of Constance Mann
1107 Battlewood Street
Franklin, TN 37069

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __AUG 01 2017__     _____
_Signature of Clerk or Deputy Clerk_